

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOELLEN CHRISTINE NOVAK,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A BERRYHILL,<br><br>Defendant. | CASE NO. C17-5729-MJP<br><br>ORDER GRANTING REQUEST FOR ATTORNEY FEES |

It is hereby ORDERED that attorney fees in the amount of $2,464.01 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 29, 2018.

Marsha J. Pechman
United States District Judge